# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: STEVEN J. SINGER LIVING TRUST, DATED JANUARY 15, 2011.

KARINA SINGER,
Appellant,
vs.
LENORE BOEKANKAMP; AND NATASHA SINGER,
Respondents.

No. 85404

FILED

NOV 03 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on September 26, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:_____

cc:   Hon. Jessica K. Peterson, District Judge
      Karina Singer
      Ghandi Deeter Blackham
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-34621